Gregory G. Barnett, Esq. (GGB-3751)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o PETORCA
VALLEY, S.A.

                     Plaintiff,

      - against -

M/V RIO TOLTEN and M/V MARUBO COTOPAXI,
their engines, boilers, tackle, furniture, apparel, etc *in rem*;
CSAV Sud Americana de Vapores S.A., and American
Transportation Group, *in personam*,

                    Defendants.
------------------------------------------------------------------X

2007 Civ.

**FED.R.CIV.P. 7.1**
**STATEMENT**



NOW comes plaintiff, MUND & FESTER GMBH & CO.KG and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1. MUND & FESTER GMBH & CO.KG is not a publicly traded company.

Dated: New York, New York
       September 14, 2007

                                       Casey & Barnett, LLC
                                       Attorneys for Plaintiff

                                       By: /s/ Gregory Barnett
                                       Gregory G. Barnett (GGB-3751)
                                       317 Madison Avenue, 21st Floor
                                       New York, New York 10017
                                       (212) 286-0225