UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MUND & FESTER GMBH & CO. KG a/s/o.          07 CV 8103 (GBD)
PETORCA VALLEY, S.A.
      Plaintiff,          RULE 7.1 STATEMENT

  -against-

M/V RIO TOLTEN and M/V MARUBO
COTOPAI, their engines, boilers,
tackle, furniture, apparel, etc.,
*in rem* and CSAV SUD AMERICANA DE
VAPORES S.A., AMERICAN TRANSPORTATION
GROUP, *in personam*

      Defendants.
----------------------------------------X

  Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant CSAV SUD AMERICANA DE VAPORES S.A. and AMERICAN TRANSPORTATION GROUP, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of CSAV SUD AMERICANA DE VAPORES S.A. and AMERICAN TRANSPORTATION GROUP.

Dated: New York, N.Y.
   September 28, 2007

           _____
           EDWARD A. KEANE (EK 1398)