## MAHONEY & KEANE, LLP

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*
Jorge A. Rodriguez†
Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: MAR 19 2008]

March 18, 2008

**SO ORDERED**

*/s/ George B. Daniels*
**HON. GEORGE B. DANIELS**
MAR 19 2008

The Honorable George B. Daniels
U.S. District Courthouse
500 Pearl Street
New York, NY 10006
Attn: Clerk

Re: MUND & FESTER GMBH & CO.
KG a/s/o PETORCA VALLEY, S.A.
v. M/V RIO TOLTEN, et al.
SDNY No. ~~07 CV 8703~~ (GBD) 07CV8103
**Our File No. 42/3476**

Honorable Sir:

We represent Defendant CSAV in the referenced matter. Our records show that there is a conference before the Court on March 19, 2008, at 9:30 AM. Please note that due to an unavoidable conflict, and despite my efforts to reschedule the other matter, I cannot appear at said time. Given such, I respectfully request that the Court adjourn the conference until March 25, 2008, at 9:30 AM. Plaintiff consents to this request.

We thank the Court for its consideration.

Respectfully submitted,

MAHONEY & KEANE, LLP

By: /s/ Jorge A. Rodriguez
Jorge A. Rodriguez