USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o PETORCA
VALLEY, S.A.

              Plaintiff,

  - against -

M/V RIO TOLTEN and M/V MARUBO COTOPAXI,
their engines, boilers, tackle, furniture, apparel, etc *in rem*;
CSAV Sud Americana de Vapores S.A., and American
Transportation Group, *in personam*,

              Defendants.
------------------------------------------------------------X

2007 Civ. 8103 (GBD)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, that the above captioned matter has and hereby is discontinued with prejudice and without costs to either party, subject to reopening within thirty days of entry of this Order.

Dated: New York, New York
       May 21, 2008
       260-54

Casey & Barnett, LLC
Attorneys for Plaintiff

By: _____
Gregory G. Barnett
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225

Mahoney & Keane, LLP
Attorneys for Defendant

By: _____
Garth S. Wolfson (by GSW w/ authority)
11 Hanover Square, 10th Floor
New York, NY 10005
(212) 385-1422

SO ORDERED: JUN 1 7 2008

_____
United States District Judge
**HON. GEORGE B. DANIELS**